UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| JUAN CARLOS LOPEZ, CARLOS VILLEGAS, HECTOR LUCIANO RODRIGUEZ, FRANCO MONROUREAU, JUAN MIGUEL CAMARERO, JOEL ALMESTICA, EFRAIN GARCIA, ANGEL RODRIGUEZ, EDWIN BAEZ-TORRES, ORLANDO ACETTY BERMUDEZ, LUIS ALBERTO AYALA-DIAZ, JOSE MORALES-DIAZ, JUAN ALBERTO VARGAS, WILSON TORRES RIVERA, and BETHZAIDA SIERRA GONZALEZ, as Successor-in-Interest of the Estate of GABRIEL COTTO, Deceased | Case No. 17-cv-01154-WGY<br><br>Hon. William G. Young |

  Plaintiffs,

v

MANZANA, LLC and LAWRENCE WILLIAMS,

  Defendants.

---

Natasha Lycia Ora Bannan
**Latino Justice PRLDEF**
Attorneys for Plaintiffs
99 Hudson Street, 14th floor
New York, NY 10013
212.739.7583 | Fax: 212.431.4276
nbannan@latinojustice.org

Kara K. Moberg
Managing Attorney
**Farmworker Legal Services**
3030 South 9th Street, Suite 1A
Kalamazoo, MI 49009
Tel: (269) 492-7190
Fax: (269) 492-7198
kmoberg@farmworkerlaw.org

Wilma Reveron Collazo
USDC-PR 204802
P.O. Box 9023317
San Juan, P.R. 00902-3317

John M. Lichtenberg (P31770)
Jacqueline M. Appleman (P79014)
**Rhoades McKee PC**
55 Campau Avenue NW, Suite 300
Grand Rapids, MI  49503
616.235.3500 | Fax 616.233.5269
jmlichtenberg@rhoadesmckee.com
jmappleman@rhoadesmckee.com

Jason R. Aguiló-Suro
**Pietrantoni Mendez & Alvarez, LLC**
Banco Popular Center 19th Floor
208 Ponce de Leon Ave
San Juan, PR 00918
787.274.5244 | Fax: 787.274.1470
jaguilo@pmalaw.com

Tel: (787) 613-4036
wilmarc@prtc.net

## JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES

1) Plaintiffs and Defendants have compromised and resolved all claims asserted by Plaintiffs in their Complaint (and all amendments thereto) in the captioned case and have stipulated as part of such resolution that this cause is voluntarily dismissed with prejudice pursuant to Rule 41(a).

2) This dismissal is by the parties' stipulation and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

3) The dismissal is with prejudice, and without the imposition of interests, costs or attorney's fees.

**WHEREFORE**, the appearing parties very respectfully request that the Honorable Court dismiss the Complaint with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and with each party bearing its own respective costs and attorney's fees, and that judgment be entered accordingly to close this case.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 12th day of March, 2019.

**I HEREBY CERTIFY**: That on this date a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of the filing to all parties of interest.

/s/ Natasha Lycia Ora Bannan
New York Bar No. 5021167
*Pro hac vice*
LatinoJustice PRLDEF
99 Hudson Street, 14th Floor
New York, NY 10013
Tel. (212) 739-7539
nbannan@latinojustice.org

/s/ Wilma E. Reveron Collazo
USDC-PR 204802
P.O. Box 9023317
San Juan, P.R. 00902-3317
Tel: (787) 613-4036
wilmarc@prtc.net

ATTORNEYS FOR PLAINTIFFS

**RHOADES MCKEE PC**
55 Campau Avenue NW, Suite 300
Grand Rapids, MI  49503
616.235.3500 | Fax 616.233.5269

/s/ John M. Lichtenberg
(admitted *pro hac vice)*
John M. Lichtenberg
Michigan Bar No. P31770
jmlichtenberg@rhoadesmckee.com

/s/ Jacqueline M. Appleman
(admitted *pro hac vice)*
Jacqueline M. Appleman
Michigan Bar No. P79014
jmappleman@rhoadesmckee.com

**PIETRANTONI MENDEZ & ALVAREZ LLC**
Popular Center, 19th Floor
208 Ponce De León Ave.
San Juan, Puerto Rico 00918
Tel: (787) 274-1212
Fax: (787) 274-1470

/s/ Oreste R. Ramos
Oreste R. Ramos
USDC-PR Bar No. 216801
oramos@pmalaw.com

/s/ Jason R. Aguiló Suro
JASON R. AGUILÓ SURO
USDC-PR Bar No. 227311
jaguilo@pmalaw.com

ATTORNEYS FOR DEFENDANTS