UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO (SAN JUAN)

Civil Action
No: **3:17-1154-WGY**

LOPEZ et al
**Plaintiff**

v.

MANZANA LLC
**Defendant**

# JUDGMENT

Having considered the Joint Stipulation for Order of Dismissal Dismissal (**d.e. 56**) filed on March 12, 2019, which is ADOPTED, JUDGMENT is hereby entered DISMISSING the action WITH PREJUDICE and WITHOUT COSTS OR FEES.

SO ORDERED AND ADJUDGED.

At Boston, Massachusetts, on March 13, 2019.

   /s/ William G. Young
**United States District Judge**